# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ERVIN E. FOX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV409-150 |
| ) | |
| RECORD MANAGER OF THE ) | |
| GEORGIA DEPARTMENT OF ) | |
| CORRECTIONS; DIRECTOR OF ) | |
| DEPARTMENT OF CORRECTIONS; ) | |
| GEORGE ASINC, *Chatham County* ) | |
| *Assistant District Attorney*; SPENCER ) | |
| LAWTON, *Chatham County District* ) | |
| *Attorney*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this /6 day of Nov, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA